JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN ARTHUR AKINS, BRIDGET JOHNIGAN-DAVIDSON; EUGENE DAVIDSON; RICHARD DEXTER; LARRY FLORES; RONALD FOSTER; DARYL E. PRICE; ROBERT WALLACE,<br><br>Plaintiffs,<br><br>vs.<br><br>SALVATION ARMY, INC., MARK NELSON; DEBORAH SANDROSKY; CHARLES FOWLER; WAYNE BHIR; DOES 1-100,<br><br>Defendants. | **Case No. CV 14-03267-MWF (JCGx)**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF RONALD FOSTER** |

On June 29, 2015 Defendants the Salvation Army, Inc. and Mark Nelson made an Offer of Judgment under Federal Rule of Civil Procedure 68 to Plaintiff Ronald Foster. (Docket No. 39). Ronald Foster accepted Defendants' Offer of Judgment on July 2, 2015. (Docket No. 40).

In light of the foregoing and pursuant to Rule 68 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered against Defendants Salvation Army, Inc. and Mark Nelson and in favor of Plaintiff Ronald Foster;

2. The Defendants the Salvation Army, Inc. and Mark Nelson shall together pay Plaintiff Ronald Foster the total amount of $50,000, including any lawfully recoverable costs of suit and attorneys' fees accrued as of the date Defendants made the Offer of Judgment; and

3. This Judgment and the Defendants' Offer of Judgment pursuant to Rule 68(a) does not constitute any admission of liability on the part of Defendants, or an admission, directly or by implication, that Defendants violated any law, rule, regulation or contractual right, duty or obligation owed to Plaintiff Ronald Foster, or that Plaintiff Ronald Foster suffered any damages in connection with the claims set forth in the operative complaint.

Dated: July 24, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge